**No. 53841.**—General Laboratories, Inc. *v.* United States, petition 6726–R (St. Louis).

Opinion by JOHNSON, J.   The petition was dismissed.

BEFORE THE FIRST DIVISION, DECEMBER 21, 1949

**No. 53842.**—Capitol Wine & Spirit Corp. et al. *v.* United States, protests 134510–K, etc. (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.